# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2007

133542

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE KEVIN MICHAEL BEDNAR, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

                                      SC: 133542
                                      COA: 272974
                                      Oakland CC

EDWARD CURANOVIC,
      Respondent-Appellant.
                                      Family Division: 05-703363-NA

_____/

      On order of the Court, the application for leave to appeal the March 6, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2007

_____
Clerk

s0410